IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAWN HARDIN GORE**                                                                                       **PLAINTIFF**

v.                                            Case No. 4:22-cv-00702-JM

**DOES**                                                                                                    **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Gore's allegations are incoherent. He appears to bring suit against unnamed terrorists, kidnappers, hostages, jailers, and bandits.[2] His allegations are illegible.[3] Because Gore's Complaint is nonsensical and states no cause of action against a defendant for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

Dated, this 11th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See Smith v. Boyd*, 945 F.2d 1041, 1043 (8th Cir. 1991).

[2] Complaint, Doc. 2 at 2.

[3] *Id.* at 4.